**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  July 21, 2009
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 09-cv-00687-RPM

DEXTEL J. SIMMONS,                                          John F. McBride

      Plaintiff,

v.

JOHN E. POTTER, Postmaster General,                         Marcy E. Cook
United States Postal Service,

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Defendant's Motion for a More Definite Statement**

**1:56 p.m.     Court in session.**

Court's preliminary remarks and its comments regarding the pleadings filed by counsel for plaintiff.

1:58 p.m.      Mr. McBride answers questions asked by the Court.

2:00 p.m.      Ms. Cook states there is no administrative exhaustion issue and defendant will file an answer to the Amended Complaint [11].

**ORDERED:     Defendant's Motion for a More Definite Statement, filed 6/1/2009 [6], is moot based on the filing of the Amended Complaint.**

**2:02 p.m. Court in recess.**

Hearing concluded.  Total time: 6 min.