IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00687-RPM

DEXTEL J. SIMMONS,

    Plaintiff,

v.

JOHN E. POTTER, POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE,

    Defendant.

---

## ORDER SETTING TRIAL DATE

Pursuant to the calendar call today, it is

ORDERED that this matter is set for trial to jury on **November 15, 2010, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.** It is

FURTHER ORDERED that the proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m. on October 15, 2010.** Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: April 16, 2010

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge