IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: August 23, 2010
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 09-cv-00687-RPM

| | |
|---|---|
| DEXTEL J. SIMMONS, | John F. McBride |
|     Plaintiff, | |
| v. | |
| JOHN E. POTTER, Postmaster General, United States Postal Service, | Mark S. Pestal<br>Dynelle Tadlock |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**11:00 a.m.**     **Court in session.**

Court's preliminary remarks and states its summary of undisputed facts.

11:04 a.m.      Argument by Mr. McBride.

**ORDERED:**      Defendant's Motion for Summary Judgment, filed July 2, 2010 [29], is granted.  Judgment will enter for defendant with costs.

**11:10 a .m. Court in recess.**

Hearing concluded.  Total time: 10 min.